IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _13-cv-3063_
(To be supplied by the court)

_Jason Jordan_ , Plaintiff,

v.

_Ryan M. Smith (Agent)_ ,
_Officer Hawkins #9252_ ,
_(Official Capacity Suit)_ ,
_Movie Tavern / City of Aurora_ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 2 2013
Clerk's Office Front Counter
**JEFFREY P. COLWELL**
CLERK

**COMPLAINT**

(Rev. 07/06)

## PARTIES

1. Plaintiff _Jason Jordan_ is a citizen of _U.S.A._ who presently resides at the following address:
_15074 E. Mississippi Ave. 23 (Aurora, CO 80012)_

2. Defendant _Ryan W. Smith_ is a citizen of _U.S.A._ who live(s) at or is/are located at the following address:

3. Defendant _Officer Hawkins_ is a citizen of _U.S.A._ who live(s) at or is/are located at the following address:
_# 49252_

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
_42 USC Statute 1983_

5. Briefly state the background of your case:

In another conspiracy document by the local police officers in Aurora, CO, I was apprehended, strip-searched in public, & banned from the movie theatre complex on Tower & Hampden. I was given a trespass notice which proves itself fraudulent given the fact the municipal court incarcerated me from July 25 – September 1st. Make-belief allegations of disruptive behavior are a smoke screen to hidden bigotry possessed by the co-conspirators in another conspiracy to deprive liberty.

(Rev. 07/06)                                       2

## FIRST CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I. While entangled in a previous conspiracy plot, the city attorney & Judge used the smell of marijuana as an excuse. Their mentality is consistent w/ local discrimination tactics as the smell of marijuana was used to ban my presence from my neighborhood complex (Stripmall)

<u>Fourteenth Amendment</u>

II. My due process rights were disregarded. I possess protected property rights in the recreational rights of free commerce within the community. The complex I was banned from is where I first started my guitar lessons which satisfies a property interest. I had to cease lessons due to blighted.

III. Equal protection of laws should prevent police from illegal search & seizure of those innocent of any crime.

My property interests evoking liability under the fourteenth amendment lie in freedom to view a N.F.L. game at a local pub & in taking guitar lessons at Music-Go-Round.

- The Constitutional infringement is not only injuring my quality of life, but my talents as well.

(Rev. 07/06)

3

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Another Conspiracy Proves Habitual Offenses

\* - The Civil Rights Act of 1964 § 2000a. Prohibits discrimination in places of public accomodation - equal access.

\* Congress is authorized to legislate against private discrimination.

\* Congress can punish "all conspiracies - with or without state action - that interfere with rights of the fourteenth amendment - Congress will have broad authority to regulate discrimination under the commerce clause & 13th Amendment.

- I play my guitar to exercise my religious freedom ritualistically.
- I have been banned from my garage to practice & now from private assocs.!
- The Fraud allowed to plague my life is sickening.
- I now call to Congress to support principles of Right Law.

(Rev. 07/06)          4

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

My claim of discrimination is completely supported by the <u>Fourth Amendment</u>. The social & economic liberty condemned under the old Jim Crow laws still opperate under police abuse proving my case as substantial.

<u>Fourth Amendment Policy</u>

- the fourth amendment requires intentional acquisition of physical control. [Becker v. Kroll (10th Circuit)

- Prohibited movement - I was not free to leave at will.

- Reasonableness - the fourth Amendment proscribes all state initiated seizures that are unreasonable.

(dead phones in ear), I was command to stop while exiting the movie theatre because the game was a blowout. "Why are you twirling your billy club & watching, starring at me was the question I first asked. In this society I guess I am thankful I was not beaten to death or something else. Please.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

- Compensatory damages encompass given the embarrassment & defaming conduct perpetrated through the scene made by the police as my mother was watching.
- I claim my right to prejudgment interest since resolution to any suit seems impossible. From the date of the offense I have experienced severe personal loss. 9/9/13

Date: 11/12/2013

_____
(Plaintiff's Original Signature)

1507 E Mississippi Ave. 23
(Street Address)

Aurora, CO 80012
(City, State, ZIP)

303/521/1920
(Telephone Number)

_____
(Property Name)

_____
(Property Address)

# TRESPASS NOTICE
Reference City Code – Section 94-71(8)

| | LAST | FIRST | M | RACE | HT | WGT | HAIR | EYES | DOB |
|---|---|---|---|---|---|---|---|---|---|
| **TO:** | | | | | | | | | |

| ADDRESS: | ID# | STATE OF ISSUE: |
|---|---|---|
| | | |

You are hereby notified that any permission, invitation, or license you may have previously had to enter upon any portion of the above-referenced property is revoked forthwith. In compliance with the provisions of Aurora City Code Section 94-71(8) you are hereby notified **you may not enter upon any portion of this property** prior to the expiration of this notice. **Failure to comply with the terms of this notice may result in criminal prosecution.** This notice shall be in force from ____/____/____ to ____/____/____ unless modified, amended, or rescinded in writing by an authorized agent of the owner or manager of this property, or by a written Court Order from a Court of competent jurisdiction. (Note: authorized agents of the owner or manager do not include tenants, their family, guests, friends, or housemates.) This notice shall be deemed to cover this entire property including all common areas and parking lots in addition to those areas, apartments, rooms, buildings, structures, or sub-units of the property under the immediate control of tenants of the property.

This notice is issued to you by the below signed person who is an authorized agent of the owner/manager of this property. By issuing this notice the authorized agent affirms and certifies that the owner/manager of this property has reserved to itself in all lease documents and house rules the right to trespass from this property all persons – including guests of tenants – who the owner/manager reasonably believes have violated local, state, or federal criminal laws on or near the property, and/or who have violated house rules, and/or who have an articulable way unreasonably jeopardized the health, safety, or welfare of others lawfully present on the property.

_____   Date ____/____/____
Signature of Authorized Agent

This notice has been issued by the authorized agent because the owner/manager or authorized agent reasonably believes you have violated local, state, or federal criminal laws and/or violated the house rules of this property by engaging in the following conduct: (Briefly describe date, time, place, conduct and any witnesses to the conduct.)

_____

_____

_____


**I ACKNOWLEDGE RECEIPT OF THIS TRESPASS NOTICE:**

_____   Date ____/____/____
Signature of Person Served

I PERSONALLY SERVED A COPY OF THIS TRESPASS NOTICE TO THE PERSON DESCRIBED HEREIN:

_____    _____    _____
SIGNATURE                                TITLE                                       DATE


APD 074 (9/24/08)          ORIGINAL – RECORDS          1ST COPY – MANAGEMENT          LAST COPY – TRESPASSER