IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03063-REB-MJW

AARON JORDAN,

Plaintiff,

v.

RYAN M. SMITH (agent),
OFFICER HAWKINS #49252 (official capacity suit), and
MOVIE TAVERN/CITY OF AURORA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's [Motion] Designation of Record on Appeal (Docket No. 16) and [Motion] for Post-Trial Relief (Docket No. 17) are DENIED. Plaintiff seeks types of relief which are not available to him given the current posture of this case. Plaintiff's Complaint (Docket No. 1) was filed on November 12, 2013. A Scheduling Conference is set in this matter for January 28, 2014. Plaintiff's motions appear to implicate post-judgment matters.

     The court further cautions plaintiff that his filings do not comply with D.C.COLO.LCivR 10.1(g), which requires all handwritten documents to be legible. The court may strike future filings in this matter, and plaintiff's other cases (13-cv-01650-REB-MJW and 13-cv-01675-REB-MJW), if plaintiff's handwriting does not become more legible.

Date: December 23, 2013