IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03063-REB-MJW

AARON JORDAN,

Plaintiff,

v.

RYAN M. SMITH (agent),
OFFICER HAWKINS #49252 (official capacity suit), and
MOVIE TAVERN/CITY OF AURORA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's Motion for Jury Demand (Docket No. 20) is STRICKEN for failure to comply with D.C.COLO.LCivR 10.1(g), which requires all handwritten documents to be legible. The court notes that it has previously warned plaintiff about the legibility of his handwritten filings. See Docket No. 19. The court finds that the subject motion is not legible, and therefore must be stricken.

Date: January 6, 2014