IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03063-REB-MJW

AARON JORDAN,

Plaintiff,

v.

RYAN M. SMITH (agent),
OFFICER HAWKINS #49252 (official capacity suit),
MOVIE TAVERN, and
CITY OF AURORA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that plaintiff's Motion to Suspend Litigation Due to Inability to Proceed Correctly (Docket No. 43) is DENIED.  The court finds that plaintiff has not shown good cause for the relief sought in the subject motion.

　　It is FURTHER ORDERED that plaintiff shall have up to and including April 1, 2014 to file a response to Aurora Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. Rule 12(b)(6) for Failure to State a Claim Upon Which Relief May be Granted (Docket No. 38).

Date: March 18, 2014