**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03063-REB-MJW

AARON JORDAN,

    Plaintiff,

v.

RYAN M. SMITH (Agent),
OFFICER HAWKINS #49252 (official capacity suit),
MOVIE TAVERN, and
CITY OF AURORA,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is magistrate judge's **Recommendation That the Claims Against Defendants Ryan M. Smith and Movie Tavern Be Dismissed** [#52],[1] filed April 8, 2014. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the recommended disposition, I find and conclude that the magistrate judge's recommendation to dismiss

---

[1] "[#52]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

the claims against defendants Ryan M. Smith and Movie Tavern without prejudice for failure to effectuate proper service should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation That the Claims Against Defendants Ryan M. Smith and Movie Tavern Be Dismissed** [#52], filed April 8, 2014, is **APPROVED AND ADOPTED** as an order of this court.

2. That plaintiff's claims against defendants, Ryan M. Smith and Movie Tavern are **DISMISSED WITHOUT PREJUDICE** for failure to effect proper service of process as required by Fed. R. Civ. P. 4;

3. That defendants Ryan M. Smith and Movie Tavern are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly; and

4. That at the time judgment enters, judgment without prejudice **SHALL ENTER** on behalf of defendants, Ryan M. Smith and Movie Tavern, and against plaintiff, Aaron Jordan, as to all claims and causes of action herein.

Dated June 9, 2014, at Denver, Colorado.

                                      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge