IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03063-REB-MJW

AARON JORDAN,

    Plaintiff,

v.

OFFICER HAWKINS #49252 (OFFICIAL CAPACITY SUIT), and
CITY OF AURORA,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Overruling Objection to and Adopting Recommendation of United States Magistrate Judge of Judge Robert E. Blackburn entered on June 9, 2014 it is

ORDERED that the Aurora Defendants' Motion To Dismiss Officer Hawkins and To Recaption Case [#27], filed January 8, 2014, is GRANTED and that the Aurora Defendants' Motion To Dismiss Pursuant to Fed. R. Civ.P. 12(b)(6) for Failure To State a Claim Upon Which Relief May Be Granted [#38], filed February 18, 2014, is GRANTED.  It is further

ORDERED as follows: that a. judgment with prejudice shall enter on behalf of defendant, Officer Hawkins #49252 (official capacity suit), and against plaintiff, Aaron Jordan, as to all claims and causes of action asserted herein; b. That judgment without

prejudice shall enter on behalf of defendant, City of Aurora, and against plaintiff, Aaron Jordan, as to all claims and causes of action asserted herein; and c. That judgment without prejudice shall enter on behalf of defendants, Ryan M. Smith and Movie Tavern, and against plaintiff, Aaron Jordan, in accordance with my Order Adopting Recommendation of United States Magistrate Judge [#55], filed June 9, 2014. It is further

ORDERED that Defendants are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 9th day of June, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/  K Lyons

K Lyons
Deputy Clerk